**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7749**

_____

DEVON DORSEY,

              Plaintiff - Appellant,

        v.

RONALD BOURNE, Deputy,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (1:07-cv-00838-LMB-TCB)

_____

Submitted:  February 26, 2008        Decided:  March 13, 2008

_____

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Devon Dorsey, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devon Dorsey appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Dorsey v. Bourne</u>, No. 1:07-cv-00838-LMB-TCB (E.D. Va. filed Oct. 22, 2007; entered Oct. 26, 2007). We also deny the motion for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>